

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00248-CV

T.C.                                                                    APPELLANT

V.

AHMAD ABO KAYASS, COOK                                APPELLEES
CHILDREN'S HEALTH CARE
SYSTEM, EMCARE HOLDINGS,
INC. AND EMCARE HOLDCO, INC.,
AND TEXAS EMERGENCY ROOM
SERVICES, P.A.

------------

## FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 348-282045-15

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Agreed Motion to Dismiss Appeal

Against Cook Children's Health Care System, Emcare Holdings, Inc., Emcare

Holdco, Inc. and Texas Emergency Room Services, P.A." It is the court's opinion

---

[1]*See* Tex. R. App. P. 47.4.

that the motion should be granted; therefore, we dismiss the appeal of Appellant T.C. against Cook Children's Health Care System, Emcare Holdings, Inc., Emcare Holdco, Inc., and Texas Emergency Room Services, P.A. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled "T.C. v. Ahmad Abo Kayass."

According to the Motion, Appellees Cook Children's Health Care System, Emcare Holdings, Inc., Emcare Holdco, Inc., and Texas Emergency Room Services, P.A., have agreed to waive any and all claims for attorney's fees and court costs against Appellant. Accordingly, Appellees Cook Children's Health Care System, Emcare Holdings, Inc., Emcare Holdco, Inc., and Texas Emergency Room Services, P.A. shall bear their own costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: SUDDERTH, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: December 1, 2016

2